UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

Donald W Wright,

                    Plaintiff,

   v.

State of Washington Department of Corrections et al.,

                    Defendants.

No. 3:19-cv-05279-RBL-JRC

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court, having reviewed the Report and Recommendation of Magistrate Judge J. Richard Creatura, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.

(2) Plaintiff's Motion to Withdraw Complaint Without Prejudice (Dkt. 18) is granted, and Plaintiff's claims are dismissed without prejudice. Plaintiff's request for an undefined stay of this case is denied.

(3) The Clerk is directed to send copies of this Order to Plaintiff, counsel for Defendants, and to the Hon. J. Richard Creatura.

**DATED** this 19th day of September, 2019.

Ronald B. Leighton
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION- 1